No. 85–5. PENNSYLVANIA ET AL. v. DELAWARE VALLEY CITIZENS' COUNCIL FOR CLEAN AIR ET AL. C. A. 3d Cir. [Certiorari granted, 474 U. S. 815.] Case restored to the calendar for reargument insofar as it poses the issue whether a presumptively reasonable attorney's fee award under § 304(d) of the Clean Air Act, 42 U. S. C. § 7604(d), may be "multiplied" or otherwise enhanced to reflect the risk that plaintiffs might not have prevailed and, therefore, might have obtained from defendants no attorney's fees at all.

No. 85–1347. PENNSYLVANIA v. RITCHIE. Sup. Ct. Pa. [Certiorari granted, 476 U. S. 1139.] Motion of respondent for leave to proceed further herein in forma pauperis denied. John H. Corbett, Jr., Esquire, of Pittsburgh, Pa., a member of the Bar of this Court, is invited to brief and argue this case as amicus curiae in support of the judgment below.

No. 85–1129. JOHNSON v. TRANSPORTATION AGENCY, SANTA CLARA COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari granted.

No. 85–999. UNITED STATES v. PARADISE ET AL. C. A. 11th Cir. Certiorari granted limited to Question 3 presented by the petition.

No. 84–6811. MCCLESKEY v. KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER. C. A. 11th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted limited to Questions 1, 2, 3, 4, and 5 presented by the petition.

No. 84–5878. LOCKETT v. ARN, SUPERINTENDENT, OHIO REFORMATORY FOR WOMEN. C. A. 6th Cir. Certiorari denied.